78,231-05,06,07,08

I am writing in regards on how to go about getting a copy of the supplemental clerks record in the following: Tr. Ct. No CR 23,287-B

Tr. Ct. No CR 23,288-B

Tr. Ct. No CR 23,289-B

Tr. Ct. No CR 23,290-B

Here are the Writ Numbers: WR-78,231-08

WR-78,231-07

WR-78,231-05

WR-78,231-06

I would like to Know that if and how much it would be to purchase copies from the Court. Thanks for your time. Please Respond at your earliest convience.

Respectfully
Kenneth Johnson
Robertson Unit - TDC 179978
12071 FM 3522
Abilene, Tx. 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk